David Kauffman

11 Forever Lane

Paradise, PA 17562

*Plaintiff, Pro se*

4/10/25

RE: Civil Action

Clerk's Office, United States Courthouse

17 South Park Row

Erie, PA 16501

Dear Clerk:

I have enclosed 40 copies of a civil action, along with the appropriate motions to effect service of process by U.S. Marshals Service as an IFP Plaintiff. The first copy is printed one-sided for the Clerk's Office. The other 39 copies are printed two-sided for the Defendants and U.S. Marshals Service, to effect service of process on the Defendants under Rule 4. Unfortunately, I had insufficient time to make all 41 copies for each enclosed USM 285 Form before mailing the copies to this Court today. However, on Monday, April 14, 2025, I will mail the other 2 copies to this Court in a separate envelope for the U.S. Marshals Service to effect service of process on the remaining 2 Defendants. The USM 285 Forms for those defendants are enclosed herein. If any other copies, forms, motions, or info are needed contact me through the ECF system. I am a registered user under deathisrelease97@gmail.com. Please link the present civil action to my ECF email.

Sincerely,

David Kauffman